# Comstock *v.* Gas Co., Appellant.

Argued April 7, 1896.   Appeal, No. 57, April T., 1896, by defendant, the Consolidated Gas Co., from judgment of C P. No. 2, Allegheny Co., No. 428, Oct. T., 1893, from Mary J. Comstock, plaintiff, for $175.

Appeal, No. 58, April T., 1896, by defendant, the Consolidated Gas Co., from judgment of C. P. No. 2, Allegheny Co., No. 427, Oct. T., 1893, in favor of plaintiff, Sadie Susan Comstock, a minor, by her mother and next friend, Mary J. Comstock, for $300.   Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ.   Affirmed.

Trespass for personal injuries.   This case was argued with and on the same paper-books as Prichard v. Gas Co., ante, p. 179, and the facts are therein stated.

OPINION BY ORLADY, J., July 16, 1896 :

In Prichard v. The Consolidated Gas Co. the reasons are given for affirming the judgments, and as the testimony is the

same in these cases it is not deemed necessary to add to what has been therein said. The assignments of error are not sustained and the judgments are affirmed.